PATENT

# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:24−cv−00047−ADA

| | |
|---|---|
| Internet Payments Patents Ltd. v. PayPal, Inc. | Date Filed: 01/23/2024 |
| Assigned to: Judge Alan D Albright | Jury Demand: Plaintiff |
| Cause: 18:1836(a) Injunction against Misappropriation of Trade Secrets | Nature of Suit: 880 Defend Trade Secrets Act (of 2016) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Internet Payments Patents Ltd.**     represented by     **Yi Wen Wu**
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017
(212) 851−6821
Fax: (646) 492−5111
Email: wwu@hechtpartners.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tremayne Norris**
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017
212−851−6821
Email: tnorris@hechtpartners.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David L. Hecht**
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017
(212) 851−6821
Fax: (646) 492−5111
Email: dhecht@hechtpartners.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PayPal, Inc.**     represented by     **Barry Kenneth Shelton**
Shelton Coburn LLP
311 RR 620 S
Suite 205
Austin, TX 78734
512−263−2165
Fax: 512−263−2166
Email: bshelton@sheltoncoburn.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Enzminger**
Winston & Strawn LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615–1700
Fax: (213) 615–1750
Email: denzminger@winston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margaret E. Dayton**
Winston & Strawn LLP
333 S. Grand Avenue
Ste 38th Floor
Los Angeles, CA 90071
213–615–1988
Fax: 213–615–1750
Email: pedayton@winston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A. Meneghini**
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
312–558–3749
Fax: 312–558–5700
Email: mmeneghini@winston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryuk Park**
Winston & Strawn/Chicago
255 Shoreline Drive, Suite 520
Cupertino, CA 95014
650–858–6440
Email: rpark@winston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nimalka R. Wickramasekera**
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 615–1700
Fax: (213) 615–1750
Email: nwickramasekera@winston.com
*ATTORNEY TO BE NOTICED*

**Robert N. Kang**
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
415–591–1565
Email: RKang@winston.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2024 | Ï 1 | COMPLAINT ( Filing fee $ 405 receipt number ATXWDC–18336042), filed by Internet Payments Patents Ltd.. (Attachments: # 1 Civil Cover Sheet)(Hecht, David) (Entered: 01/23/2024) |
| 01/23/2024 | Ï | All parties shall flatten all documents before e–filing and shall comply with the Standing Orders located at https://www.txwd.uscourts.gov/judges–information/standing–orders/ (Entered: 01/26/2024) |
| 01/23/2024 | Ï | Case assigned to Judge Alan D Albright and REFERRED to Magistrate Judge Derek T. Gilliland. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (bw) (Entered: 01/26/2024) |
| 02/16/2024 | Ï 2 | AMENDED COMPLAINT against PayPal, Inc. amending 1 Complaint., filed by Internet Payments Patents Ltd.. (Attachments: # 1 Exhibit 1 – US Patent 7,483,858, # 2 Exhibit 2 – Claim Chart)(Hecht, David) (Entered: 02/16/2024) |
| 02/16/2024 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Hecht, David) (Entered: 02/16/2024) |
| 02/26/2024 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS by Internet Payments Patents Ltd.. (Hecht, David) (Entered: 02/26/2024) |
| 02/26/2024 | Ï 5 | Summons Issued as to PayPal, Inc. (zv) (Entered: 02/26/2024) |
| 03/04/2024 | Ï 6 | SUMMONS Returned Executed by Internet Payments Patents Ltd.. PayPal, Inc. served on 2/27/2024, answer due 3/19/2024. (Hecht, David) (Entered: 03/04/2024) |
| 03/12/2024 | Ï 7 | NOTICE of Attorney Appearance by Barry Kenneth Shelton on behalf of PayPal, Inc.. Attorney Barry Kenneth Shelton added to party PayPal, Inc.(pty:dft) (Shelton, Barry) (Entered: 03/12/2024) |
| 03/12/2024 | Ï 8 | NOTICE of Attorney Appearance by Robert N. Kang on behalf of PayPal, Inc.. Attorney Robert N. Kang added to party PayPal, Inc.(pty:dft) (Kang, Robert) (Entered: 03/12/2024) |
| 03/12/2024 | Ï 9 | NOTICE *Joint Notice of Unopposed Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint* by PayPal, Inc. re 2 Amended Complaint (Shelton, Barry) (Entered: 03/12/2024) |
| 03/12/2024 | Ï | DEFICIENCY NOTICE: re 9 Notice (Other). This pleading needs to be filed in the form of a Motion rather than a Notice. Please refile and include a proposed Order. Thank you. (zv) (Entered: 03/12/2024) |
| 03/13/2024 | Ï 10 | Joint MOTION for Extension of Time to File Answer re 2 Amended Complaint *(or Otherwise Respond)* by PayPal, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Shelton, Barry) (Entered: 03/13/2024) |
| 03/14/2024 | Ï | |

| | | |
|---|---|---|
| | | Text Order GRANTING 10 Motion for Extension of Time to Answer, entered by Judge Derek T. Gilliland. The deadline for PayPal to answer, move, or otherwise respond to the Amended Complaint is hereby extended to May 3, 2024. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mslc) (Entered: 03/14/2024) |
| 03/14/2024 | Ï | Reset Deadlines: PayPal, Inc. answer due 5/3/2024. (zv) (Entered: 03/14/2024) |
| 03/14/2024 | Ï 11 | MOTION to Appear Pro Hac Vice by Barry Kenneth Shelton *for David P. Enzminger* ( Filing fee $ 100 receipt number ATXWDC−18531774) by on behalf of PayPal, Inc.. Motions referred to Judge Derek T. Gilliland. (Shelton, Barry) (Entered: 03/14/2024) |
| 03/14/2024 | Ï 12 | MOTION to Appear Pro Hac Vice by Barry Kenneth Shelton *for Michael A. Meneghini* ( Filing fee $ 100 receipt number ATXWDC−18531889) by on behalf of PayPal, Inc.. Motions referred to Judge Derek T. Gilliland. (Shelton, Barry) (Entered: 03/14/2024) |
| 03/15/2024 | Ï 13 | ORDER GRANTING 12 Motion to Appear Pro Hac Vice for Attorney Michael A. Meneghini. Attorney added for PayPal, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (bot2) (Entered: 03/15/2024) |
| 03/15/2024 | Ï 14 | RULE 7 DISCLOSURE STATEMENT filed by PayPal, Inc. identifying Corporate Parent PayPal Holdings, Inc. for PayPal, Inc.. (Shelton, Barry) (Entered: 03/15/2024) |
| 03/18/2024 | Ï 15 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney David Enzminger. Attorney added for PayPal, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (bot1) (Entered: 03/18/2024) |
| 05/03/2024 | Ï 16 | MOTION to Dismiss *Defendant PayPal, Inc.'s 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint* by PayPal, Inc.. (Attachments: # 1 Affidavit of Robert N. Kang, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5). Motions referred to Judge Derek T. Gilliland. (Kang, Robert) (Entered: 05/03/2024) |
| 05/31/2024 | Ï 17 | Memorandum in Opposition to Motion, filed by Internet Payments Patents Ltd., re 16 MOTION to Dismiss *Defendant PayPal, Inc.'s 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint* filed by Defendant PayPal, Inc. (Hecht, David) (Entered: 05/31/2024) |
| 06/05/2024 | Ï 18 | STIPULATION *to Extend Time for PayPal, Inc. to Reply in Support of Its 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint* by PayPal, Inc.. (Kang, Robert) (Entered: 06/05/2024) |
| 06/05/2024 | Ï | DEFICIENCY NOTICE: re 18 Stipulation. Per Judge Gilliland Standing Order Regarding Motions For Extension Of Time dated 12/05/2022, cases that are referred to him require a motion to extend deadlines. Please refile and include a Proposed Order. Thank you. (zv) (Entered: 06/05/2024) |
| 06/05/2024 | Ï 19 | Joint MOTION for Extension of Time to File Response/Reply *Joint Motion for Extension of Time for PayPal, Inc. to Reply in Support of Its 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint* by PayPal, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Kang, Robert) (Entered: 06/05/2024) |
| 06/06/2024 | Ï | Text Order GRANTING 19 Motion for Extension of Time to File Response/Reply re 19 Joint MOTION for Extension of Time to File Response/Reply *Joint Motion for Extension of Time for PayPal, Inc. to Reply in Support of Its 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint* entered by Judge Derek T. Gilliland. PayPal's deadline to file its reply is hereby extended to June |

| | | |
|---|---|---|
| | | 21, 2024. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mslc) (Entered: 06/06/2024) |
| 06/21/2024 | Ï 20 | REPLY to Response to Motion, filed by PayPal, Inc., re 16 MOTION to Dismiss *Defendant PayPal, Inc.'s 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint* filed by Defendant PayPal, Inc. (Kang, Robert) (Entered: 06/21/2024) |
| 07/11/2024 | Ï 21 | STATUS REPORT *at to Case Readiness* by Internet Payments Patents Ltd.. (Hecht, David) (Entered: 07/11/2024) |
| 07/16/2024 | Ï 22 | ORDER SETTING INITIAL PRETRIAL CONFERENCE HELD IN PERSON. INITIAL PRETRIAL CONFERENCE HELD IN PERSON set for 7/25/2024 02:00 PM (30 min time block) before Judge Derek T. Gilliland. IT IS FURTHER ORDERED that the parties confer in the manner required by Rule 26 of the Federal Rules of Civil Procedure. The parties are FURTHER ORDERED to file a proposed scheduling order on the docket in the format included under the undersigned standing order at least three (3) days before the hearing. Signed by Judge Derek T. Gilliland. (zv) (Entered: 07/16/2024) |
| 07/19/2024 | Ï 23 | Proposed Scheduling Order by Internet Payments Patents Ltd.. (Hecht, David) (Entered: 07/19/2024) |
| 07/22/2024 | Ï 24 | Rule 26(f) Discovery Report/Case Management Plan by Internet Payments Patents Ltd.. (Hecht, David) (Entered: 07/22/2024) |
| 07/25/2024 | Ï 25 | SCHEDULING ORDER: Joinder of Parties due by 2/20/2025. Dipositive Motions due by 10/16/2025. Consent to Trial by Magistrate due by 10/16/2025. Final Pretrial Conference set for 12/18/2025 before Judge Alan D Albright. Jury Selection set for 1/22/2026 before Judge Derek T. Gilliland. Jury Trial set for 1/26/2026. Signed by Judge Derek T. Gilliland. (zv) (Entered: 07/25/2024) |
| 07/25/2024 | Ï | Jury Selection set for 1/22/2026 before Judge Derek T. Gilliland. (zv) (Entered: 07/25/2024) |
| 07/25/2024 | Ï | Jury Trial set for 1/26/2026 before Judge Alan D Albright. (zv) (Entered: 07/25/2024) |
| 07/25/2024 | Ï 26 | Minute Entry for proceedings held before Judge Derek T. Gilliland: Initial Pretrial Conference held on 7/25/2024.PROCEEDINGS:Case called for an Initial Pretrial Conference held in person. Parties announced ready. Statements and arguments of counsel heard. The Court outlined docket management procedures. Parties are to provide a word version of the proposed scheduling order to the Court's Law Clerk at txwdml_nojudge_chambers_wa_judgegilliland@txwd.uscourts.gov. Order Governing Proceedings (OGP) for Patent Cases will be entered on the docket. Scheduling Order to follow. Hearing concluded. (Minute entry documents are not available electronically.) (Court Reporter FTR.)(zv) (Entered: 07/26/2024) |
| 07/26/2024 | Ï 27 | TRANSCRIPT REQUEST by PayPal, Inc. for proceedings held on 7/25/2024. Proceedings Transcribed: Initial Pretrial Conference. Court Reporter: FTR. (Kang, Robert) (Entered: 07/26/2024) |
| 08/01/2024 | Ï 28 | Transcript filed of Proceedings held on July 25, 2024, Proceedings Transcribed: Initial Pretrial Hearing. Court Reporter/Transcriber: Arlinda Rodriguez, Telephone number: 512−391−8791. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/22/2024, Redacted Transcript Deadline set for 9/3/2024, Release of Transcript Restriction set for 10/30/2024, (Rodriguez, Arlinda) (Entered: 08/01/2024) |

| | | |
|---|---|---|
| 08/01/2024 | Ï 29 | NOTICE of Change of Address by Barry Kenneth Shelton (Shelton, Barry) (Entered: 08/01/2024) |
| 08/15/2024 | Ï 30 | Motion for leave to File Sealed Document. Referral Judge: Derek T. Gilliland. (Attachments: # 1 Proposed Order, # 2 SEALED DOCUMENT – Defendant's Opposed Motion to Transfer to Northern District of California Under 28 U.S.C. 1404(A), # 3 SEALED DOCUMENT – Declaratin of Rachel Krantz, # 4 SEALED DOCUMENT – Declaratino of Rohit Basu, # 5 SEALED DOCUMENT – Declaration of Sean Du, # 6 Declaration of Robert Kang in Support of Paypal's Opposed Motion to Transfer, # 7 Exhibit 1, # 8 Exhibit 2, # 9 Exhibit 3, # 10 Exhibit 4, # 11 SEALED DOCUMENT – Exhibit 5, # 12 Exhibit 6, # 13 Exhibit 7, # 14 Exhibit 8, # 15 Exhibit 9, # 16 Exhibit 10, # 17 Exhibit 11, # 18 Exhibit 12, # 19 Exhibit 13, # 20 Exhibit 14, # 21 Exhibit 15, # 22 Exhibit 16, # 23 Exhibit 17, # 24 Exhibit 18, # 25 Exhibit 19, # 26 Exhibit 20, # 27 Exhibit 21, # 28 Exhibit 22, # 29 Exhibit 23, # 30 Exhibit 24) (Kang, Robert) (Entered: 08/15/2024) |
| 08/20/2024 | Ï | Text Order GRANTING 30 Motion for Leave to File Sealed Document entered by Judge Derek T. Gilliland. The Clerk's Office is instructed to file [30–2] as Defendant's Opposed Motion To Transfer Venue to Northern District of California Under 28 U.S.C. 1404(A) as well as exhibits 30–3 through 30–30 as of the date of this order. (This is a text–only entry generated by the court. There is no document associated with this entry.) (mc5) (Entered: 08/20/2024) |
| 08/20/2024 | Ï | Parties shall comply with the updated StandingOrder Governing Proceedings – Patent Cases available by clicking the hyperlink.<br><br>(mc5) (Entered: 08/20/2024) |
| 08/20/2024 | Ï 31 | Sealed Motion filed: DEFENDANTS OPPOSED MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(A) (28 External Attachments). Referral Judge: Derek T. Gilliland. (Attachments: # 1 Declaration of Rachel Krantz, # 2 Declaration of Rohit Basu, # 3 Declaration of Sean Du, # 4 Declaration of Robert Kang in Support of Paypal's Opposed Motion to Transf, # 5 Exhibit 1, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6, # 11 Exhibit 7, # 12 Exhibit 8, # 13 Exhibit 9, # 14 Exhibit 10, # 15 Exhibit 11, # 16 Exhibit 12, # 17 Exhibit 13, # 18 Exhibit 14, # 19 Exhibit 15, # 20 Exhibit 16, # 21 Exhibit 17, # 22 Exhibit 18, # 23 Exhibit 19, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 20) (zv) (Entered: 08/20/2024) |
| 08/21/2024 | Ï 32 | Redacted Copy *of Defendants' Opposed Motion to Transfer to the Northern District of California Under 28 U.S.C. 1404(A) and related documents* of 31 Sealed Motion filed by PayPal, Inc.. (Attachments: # 1 Declaration of Rachel Krantz, # 2 Declaration of Rohit Basu, # 3 Declaration of Sean Du, # 4 Declaration of Robert Kang, # 5 Exhibit 1, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6, # 11 Exhibit 7, # 12 Exhibit 8, # 13 Exhibit 9, # 14 Exhibit 10, # 15 Exhibit 11, # 16 Exhibit 12, # 17 Exhibit 13, # 18 Exhibit 14, # 19 Exhibit 15, # 20 Exhibit 16, # 21 Exhibit 17, # 22 Exhibit 18, # 23 Exhibit 19, # 24 Exhibit 20, # 25 Exhibit 21, # 26 Exhibit 22, # 27 Exhibit 23, # 28 Exhibit 24)(Kang, Robert) (Entered: 08/21/2024) |
| 10/02/2024 | Ï 33 | FILED IN ERROR: MOTION to Appear Pro Hac Vice by Barry Kenneth Shelton *for Margaret E. Dayton* ( Filing fee $ 100 receipt number ATXWDC–19301126) by on behalf of PayPal, Inc... Motions referred to Judge Derek T. Gilliland. (Shelton, Barry) Modified on 10/3/2024 per Defendant's counsel. Listed incorrect attorney and will be refiling Motion (zv). (Entered: 10/02/2024) |
| 10/03/2024 | Ï 34 | MOTION to Appear Pro Hac Vice by Robert N. Kang *for Margaret E. Dayton* ( Filing fee $ 100 receipt number ATXWDC–19304849) by on behalf of PayPal, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Kang, Robert) (Entered: 10/03/2024) |
| 10/04/2024 | Ï 35 | ORDER GRANTING 34 Motion to Appear Pro Hac Vice for Attorney Margaret E. Dayton. Attorney added for PayPal, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for |

| | | |
|---|---|---|
| | | electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (bot1) (Entered: 10/04/2024) |
| 10/17/2024 | Ï 36 | MOTION to Appear Pro Hac Vice by David L. Hecht *for Tremayne M. Norris* ( Filing fee $ 100 receipt number ATXWDC–19353229) by on behalf of Internet Payments Patents Ltd... Motions referred to Judge Derek T. Gilliland. (Hecht, David) (Entered: 10/17/2024) |
| 10/18/2024 | Ï 37 | ORDER GRANTING 36 Motion to Appear Pro Hac Vice for Attorney Tremayne Norris for Internet Payments Patents Ltd. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (zv) (Entered: 10/18/2024) |
| 10/31/2024 | Ï 38 | Opening Claim Construction Brief by PayPal, Inc.. (Attachments: # 1 Affidavit Declaration of Sandeep Chatterjee, Ph.D., # 2 Appendix A, # 3 Appendix B, # 4 Appendix C, # 5 Affidavit Declaration of Robert N. Kang, # 6 Exhibit A, # 7 Exhibit B, # 8 Exhibit C, # 9 Exhibit D, # 10 Exhibit E, # 11 Exhibit F, # 12 Exhibit G, # 13 Exhibit H, # 14 Exhibit I, # 15 Exhibit J, # 16 Exhibit K)(Kang, Robert) (Entered: 10/31/2024) |
| 11/08/2024 | Ï 39 | Sealed Document: Opposition to Venue Transfer Motion of 31 Sealed Motion filed by Internet Payments Patents Ltd. (Attachments: # 1 Declaration of David L. Hecht, # 2 Declaration of Tony Foran, # 3 Exhibit 1 – Fintiv Venue Motion, # 4 Exhibit 2 – Implicit Complaint, # 5 Exhibit 3 – Exh D to Implicit Complaint, # 6 Exhibit 4 – Answer to Implicit Complaint, # 7 Exhibit 5 – Objections and Responses to Venue Interrogatories in Fintiv, # 8 Exhibit 6 – Map, # 9 Exhibit 7 – Order Denying Transfer, # 10 Exhibit 8 – Menon Deposition Excerpts, # 11 Exhibit 9 – Map, # 12 Exhibit 10 – Map, # 13 Exhibit 11 – Prcic LinkedIn Profile, # 14 Exhibit 12 – Prcic Deposition Excerpts, # 15 Exhibit 13 – Shekhar LinkedIn Experience Page, # 16 Exhibit 14 – Shekhar LinkedIn Profile, # 17 Exhibit 15 – Shekhar Deposition Excerpts, # 18 Exhibit 16 – Map, # 19 Exhibit 17 – Map, # 20 Exhibit 18 – Ramamoorthy Deposition Excerpts, # 21 Exhibit 19 – Shafi Deposition Excerpts, # 22 Exhibit 20 – Nallavadla LinkedIn Profile, # 23 Exhibit 21 – Spreadsheet, # 24 Exhibit 22 – Objections and Responses to Venue Interrogatories, # 25 Exhibit 23 – Spreadsheet, # 26 Exhibit 24 – Spreadsheet, # 27 Exhibit 25 – Krantz Deposition Excerpts, # 28 Exhibit 26 – Kim LinkedIn Profile, # 29 Exhibit 27 – Article, # 30 Exhibit 28 – Article, # 31 Exhibit 29 – Shah LinkedIn Profile, # 32 Exhibit 30 – Alamalakalas LinkedIn Profile, # 33 Exhibit 31 – Daryani LinkedIn Profile, # 34 Exhibit 32 – Catoe LinkedIn Profile, # 35 Exhibit 33 – Deshpande LinkedIn Profile, # 36 Exhibit 34 – Judicial Caseload Profile) (Hecht, David) (Entered: 11/08/2024) |
| 11/18/2024 | Ï 40 | Opposed Sealed Motion to Strike Evidence Relied on in Plaintiff's Opposition to Defendant's Motion to Transfer by PayPal, Inc.. Referral Judge: Derek T. Gilliland. (Attachments: # 1 Affidavit Declaration of Robert N. Kang, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Proposed Order) (Kang, Robert) (Entered: 11/18/2024) |
| 11/20/2024 | Ï 41 | ORDER SETTING ZOOM MARKMAN HEARING for 1/9/2025 09:00 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (lad) (Entered: 11/20/2024) |
| 11/21/2024 | Ï 42 | Reply Claim Construction Brief regarding 38 Claim Construction Brief, by Internet Payments Patents Ltd.. (Hecht, David) (Entered: 11/21/2024) |
| 11/22/2024 | Ï 43 | Sealed Document: Defendant's Reply in Support of 31 Its Opposed Motion to Transfer to the Northern District of California Under 28 U.S.C. 1404(A) of 30 Motion for leave to File Sealed Document by PayPal, Inc. (Attachments: # 1 Affidavit Declaration of Robert N. Kang, # 2 Exhibit 25, # 3 Exhibit 26, # 4 Exhibit 27, # 5 Exhibit 28, # 6 Exhibit 29, # 7 Exhibit 30, # 8 Exhibit 31, # 9 Exhibit 32, # 10 Exhibit 33, # 11 Exhibit 34, # 12 Exhibit 35) (Kang, Robert) (Entered: 11/22/2024) |
| 11/22/2024 | Ï 44 | STATUS REPORT *Defendant's Status Report Regarding 31 Motion to Transfer* by PayPal, Inc.. (Kang, Robert) (Entered: 11/22/2024) |

| | | |
|---|---|---|
| 11/29/2024 | Ï 45 | Redacted Copy *Defendant's Reply in Support of Its Opposed Motion to Transfer to the Northern District of California Under 28 USC 1404(A)* of 43 Sealed Document,, by PayPal, Inc.. (Attachments: # 1 Declaration of Robert N. Kang, # 2 Exhibit 25, # 3 Exhibit 26, # 4 Exhibit 27, # 5 Exhibit 28, # 6 Exhibit 29, # 7 Exhibit 30, # 8 Exhibit 31, # 9 Exhibit 32, # 10 Exhibit 33, # 11 Exhibit 34, # 12 Exhibit 35)(Kang, Robert) (Entered: 11/29/2024) |
| 12/02/2024 | Ï 46 | Response in Opposition to Motion, filed by Internet Payments Patents Ltd., re 40 Opposed Sealed Motion to Strike Evidence Relied on in Plaintiff's Opposition to Defendant's Motion to Transfer by PayPal, Inc. filed by Defendant PayPal, Inc. (Attachments: # 1 Declaration of David L. Hecht, # 2 Exhibit 1 – Email)(Hecht, David) (Entered: 12/02/2024) |
| 12/05/2024 | Ï 47 | Reply Claim Construction Brief regarding 38 Claim Construction Brief, by PayPal, Inc.. (Attachments: # 1 Declaration – Kang, # 2 Exhibit L)(Kang, Robert) (Entered: 12/05/2024) |
| 12/09/2024 | Ï 48 | Sealed Document: Reply in Support of 40 Opposed Sealed Motion to Strike Evidence Relied on in Plaintiff's Opposition to Defendant's Motion to Transfer by PayPal, Inc. by PayPal, Inc.. (Attachments: # 1 Declaration – Kang, # 2 Exhibit 6) (Kang, Robert) (Entered: 12/09/2024) |
| 12/09/2024 | Ï 49 | STATUS REPORT *re: 31 Motion to Transfer* by PayPal, Inc.. (Kang, Robert) (Entered: 12/09/2024) |
| 12/12/2024 | Ï 50 | ORDER: CASE NO LONGER REFERRED to Magistrate Judge Derek T. Gilliland. Signed by Judge Alan D Albright. (lad) (Entered: 12/12/2024) |
| 12/16/2024 | Ï 51 | ORDER RESETTING ZOOM MARKMAN HEARING for 1/9/2025 10:00 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (lad) (Entered: 12/16/2024) |
| 12/17/2024 | Ï 52 | Redacted Copy *Reply in Support of Motion to Strike Evidence Relied on in Plaintiff's Opposition to Defendant's Motion to Transfer* of 48 Sealed Document, by PayPal, Inc.. (Attachments: # 1 Declaration of Robert N. Kang, # 2 Exhibit 6)(Kang, Robert) (Entered: 12/17/2024) |
| 12/19/2024 | Ï 53 | Reply Claim Construction Brief by Internet Payments Patents Ltd.. (Hecht, David) (Entered: 12/19/2024) |
| 12/26/2024 | Ï 54 | Joint Claim Construction Brief or Statement by Internet Payments Patents Ltd.. (Hecht, David) (Entered: 12/26/2024) |
| 01/03/2025 | Ï 55 | ORDER RESETTING ZOOM MARKMAN HEARING for 1/9/2025 01:00 AM before Judge Alan D Albright,). Signed by Judge Alan D Albright. (lad) (Entered: 01/03/2025) |
| 01/08/2025 | Ï 56 | MOTION to Appear Pro Hac Vice by David L. Hecht *for Yi Wen Wu* ( Filing fee $ 100 receipt number ATXWDC–19648448) by on behalf of Internet Payments Patents Ltd.. (Hecht, David) (Entered: 01/08/2025) |
| 01/08/2025 | Ï 57 | MOTION to Appear Pro Hac Vice by Robert N. Kang *for Ryuk Park* ( Filing fee $ 100 receipt number ATXWDC–19649616) by on behalf of PayPal, Inc.. (Kang, Robert) (Entered: 01/08/2025) |
| 01/08/2025 | Ï 60 | Sealed Order Granting 31 Sealed Motion filed: DEFENDANTS OPPOSED MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA. Signed by Judge Alan D Albright. (lad) (Entered: 01/10/2025) |
| 01/10/2025 | Ï 58 | ORDER GRANTING 56 Motion to Appear Pro Hac Vice for Attorney Yi Wen Wu. Attorney added for Internet Payments Patents Ltd. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (bot1) (Entered: 01/10/2025) |

| 01/10/2025 | 59 | ORDER GRANTING 57 Motion to Appear Pro Hac Vice for Attorney Ryuk Park. Attorney added for PayPal, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (bot1) (Entered: 01/10/2025) |